**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CORELOGIC SOLUTIONS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> COLLATERAL ANALYTICS LLC, <br><br> Defendant. | CIVIL ACTION NO. 2:12-cv-306 <br><br> **JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff CoreLogic Solutions, LLC ("Plaintiff" or "CoreLogic") for its complaint against Defendant Collateral Analytics LLC ("Collateral Analytics") hereby alleges as follows:

**PARTIES**

1. Plaintiff CoreLogic is a Delaware corporation with its principal place of business at 4 First American Way, Santa Ana, California 92707.

2. On information and belief, Defendant Collateral Analytics is a Hawaii limited liability corporation with its principal place of business at 3465 Waialae Ave., Ste. 330, Honolulu, Hawaii 96816. Defendant Collateral Analytics makes, imports, uses, offers to sell, and/or sells within the United States, including the state of Texas and the judicial district, products, including, but not limited to, AVMs for real estate appraisal.

**JURISDICTION AND VENUE**

3. This infringement action arises under the patent laws of the United States, Title 35, United States Code. This Court has jurisdiction of this action under 28 U.S.C. §§ 1331 and 1338(a).

4. Upon information and belief, this Court has personal jurisdiction over Collateral Analytics because Collateral Analytics has conducted – and continues to conduct – business on a systematic and continuous basis within the United States, including the State of Texas and this judicial district.

5. Collateral Analytics has minimum contacts with the Eastern District of Texas such that this venue is fair and reasonable. On information and belief, Collateral Analytics has committed purposeful acts or transactions in the State of Texas such that it reasonably knew and expected that it could be brought into a Texas court as a consequence of such activity. Further, on information and belief, Collateral Analytics has committed acts of infringement in the Eastern District of Texas.

6. Upon information and belief, venue is proper in the Court pursuant to 28 U.S.C. § 1391(b) and (c) and § 1400 as Collateral Analytics is subject to personal jurisdiction in this district.

## GENERAL ALLEGATIONS

7. Each of the foregoing paragraphs is incorporated by reference.

8. CoreLogic is one of the nation's largest providers of advanced property and ownership information, analytics, and solutions. As a core component of its business, CoreLogic manufactures and sells Automated Valuation Models ("AVMs") for real estate appraisal.

9. The AVM technology at issue allows persons to easily, accurately and instantly obtain an appraisal of the value of real property without having an on-sight appraiser.

10. CoreLogic is a leading innovator in AVM technology and is the assignee and owner of all rights, title, and interest in U.S. Patent No. 5,361,201 (the "'201 Patent"), entitled "Real Estate Appraisal Using Predictive Modeling." The '201 Patent was duly and legally

issued on November 1, 1994, by the United States Patent and Trademark Office.  A copy of the '201 Patent is attached hereto as **Exhibit A**.

## COUNT ONE

### (COLLATERAL ANALYTICS' INFRINGEMENT OF THE '201 PATENT)

11. Each of the foregoing paragraphs is incorporated by reference.

12. On information and belief, Collateral Analytics manufactures, offers for sale, sells, uses or induces the same, systems falling within the scope of one or more of the claims of the '201 Patent, including, but not limited to, CaValue AVM, CaValue Range AVM, CaValue Interactive AVM, HomePriceTrends.com, and Home Price Forecasts.  As a result, Collateral Analytics has infringed, literally and/or by equivalents, continues to infringe, and/or threatens infringement of one or more of the claims of the '201 Patent as defined by 35 U.S.C. § 271.  Plaintiff has suffered damage by reason of Collateral Analytics's infringement and will continue to suffer additional damage until this Court enjoins the infringing conduct.  On information and belief, Collateral Analytics is contributing to and/or inducing the infringement of one or more claims of the '201 Patent by offering to sell and selling its systems, including, but not limited to, CaValue AVM, CaValue Range AVM, CaValue Interactive AVM, HomePriceTrends.com, and Home Price Forecasts, to customers, buyers, sellers, users and others that directly infringe the '201 Patent.

13. Plaintiff believes that Collateral Analytics will continue to infringe the '201 Patent unless enjoined by this Court.  Such infringing activity causes Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff CoreLogic Solutions, LLC hereby demands a trial by jury on this action.

## PRAYER FOR RELIEF

WHEREFORE, CoreLogic respectfully requests that this Court enter judgment in its favor and against defendants and grant the following relief:

A.  Judgment that one or more of the claims of the '201 Patent have been infringed, either directly, contributorily, and/or by inducement, either literally and/or under the doctrine of equivalents, by Collateral Analytics;

B.  Judgment awarding damages adequate to compensate CoreLogic for its profits lost, but not less than a reasonable royalty, for the infringement of the '201 Patent by Collateral Analytics, including treble damages, costs, and all other categories of damages allowed by 35 U.S.C. § 284;

C.  Permanent injunctive relief enjoining Collateral Analytics, its employees, agents, affiliates and all other persons in active concert or participation with it as follows:

   (i) from using, manufacturing, offering to sell or selling any products falling within the scope of the claims of the '201 Patent;

   (ii) from actively inducing others to infringe any of the claims of the '201 Patent;

   (iii) from engaging in acts constituting contributory infringement of any of the claims of the '201 Patent;

   (iv) from all other acts of infringement of any of the claims of the '201 Patent;

D.  Further such other and further relief as this Court deems just and proper under the circumstances.

- 5 -

Dated: May 23, 2012                          Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
Brian Craft (Texas Bar No. 04972020)
FINDLAY & CRAFT LLP
6760 Old Jacksonville Hwy, Ste. 101
Tyler, TX 75703
Email:  efindlay@findlaycraft.com
Email:  bcraft@findlaycraft.com
Tel:   (903)534-1100
Fax:   (903)534-1137

I. Neel Chatterjee
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Email:  nchatterjee@orrick.com
Tel:  (650) 614-7400
Fax: (650) 614-7401

Attorneys for Plaintiff
CORELOGIC
SOLUTIONS, LLC

OHSUSA:750199482.1